UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL TEWEL,

                        Plaintiff,

-against-

NISSAN-INFINITI LT LLC,

                        Defendant.

**ORDER**

No. 25-CV-05418

PHILIP M. HALPERN, United States District Judge:

On May 18, 2025, Plaintiff commenced the instant action, *pro se*, against Defendant in the Supreme Court of the State of New York, Rockland County (Index No. 033085/2025, the "Underlying Action"). (Doc. 1). On June 30, 2025, Defendant removed the action to this Court. (Doc. 5). By Order dated August 25, 2025, Plaintiff was directed, by no later than September 9, 2025, to effectuate service of the Summons and Complaint upon Defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure, s*ee* 28 U.S.C. § 1448, and file, by September 16, 2025, proof of such service in accordance with Rule 4(l), or a waiver in accordance with Rule 4(d) of the Federal Rules of Civil Procedure. (Doc. 7, the "8/25/25 Order"). Plaintiff was also directed to provide, by September 16, 2025, a mailing address for the docket as he is proceeding *pro se* in this action. (*Id.*). Plaintiff was warned that failure to comply with the 8/25/25 Order would result in the dismissal of this action without prejudice under Rule 41(b). (*Id.*). Defendant was directed to serve a copy of the 8/25/25 Order upon Plaintiff and file proof of such service. (*Id.*).

As of the date of this Order, and upon review of the docket, Plaintiff has failed to file proof of service, waiver, or a writing showing good cause for failure to comply with this Court's Order or provide a mailing address for the docket. Defendant has also failed to file proof of service of the 8/25/25 Order upon Plaintiff.

1

Separately, upon the Court's review of the docket in the Underlying Action, it appears that Plaintiff has filed a "Notice of Discontinuance," purporting to discontinue the Underlying Action "with prejudice and without costs to any party." (NYSCEF Doc. No. 4).

Accordingly, by no later than **October 1, 2025**, the parties are directed to meet and confer, and Defendant shall: a) file proof that the 8/25/25 Order was served upon Plaintiff; and b) advise as to Plaintiff's position whether, in light of the "Notice of Discontinuance" filed in the Underlying Action, Plaintiff intends to prosecute this action in this Court. In the event Plaintiff intended to discontinue this proceeding, the parties shall file a stipulation of dismissal by October 1, 2025.

In the event Plaintiff intends to prosecute the action in this Court, the Court *sua sponte* extends the time for Plaintiff to serve the Summons and Complaint upon Defendant *nunc pro tunc*, as follows: Plaintiff shall, by **October 15, 2025**, effectuate service of the Summons and Complaint upon Defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure, s*ee* 28 U.S.C. § 1448, and file proof of such service in accordance with Rule 4(l), or a waiver in accordance with Rule 4(d) of the Federal Rules of Civil Procedure. Failure to comply with this Court's Order will result in the dismissal of this action without prejudice under Rule 41(b).

Defendant is directed, by **September 24, 2025**, to serve a copy of this Order upon Plaintiff and file proof of service thereof.

The Clerk of Court is also respectfully directed to mail a copy of this Order, as well as a copy of the 8/25/25 Order (Doc. 7), to the following address: *Joel Tewel, 7 Youmans Dr., Spring Valley, NY, 10977*.

SO ORDERED:

Dated: White Plains, New York
      September 18, 2025

_____
Philip M. Halpern
United States District Judge